UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW GOLSTEIN,

        Plaintiff,

  - against -

METRO-NORTH COMMUTER RAILROAD,

        Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CV 02773

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Metro-North Commuter Railroad ("Metro-North") certifies that Metro-North is a Public Benefit Corporation organized and existed under the laws of the state of New York and does not have any outstanding securities in the hands of the public.

    These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
            April 9, 2008

                                Respectfully submitted,

                                LANDMAN CORSI BALLAINE & FORD P.C.

                By:   *Philip DiBerardino* (signature)
                        Philip DiBerardino (PD 9274)
                        Attorneys for Defendant
                        Metro-North Commuter Railroad
                        120 Broadway, 27th Floor
                        New York, New York 10271-0079
                        (212) 238-4800

TO:    LAW OFFICES OF MICHAEL FLYNN PC
           Attorneys for Plaintiff
           1205 Franklin Avenue
           Garden City, New York 11530
           (516) 877-1234

459990.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    **Jelena Brigida**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

    That on the 10th day of April, 2008, deponent served the within **RULE 7.1 STATEMENT**
upon

        LAW OFFICES OF MICHAEL FLYNN, PC
        Attorneys for Plaintiff
        1205 Franklin Avenue
        Garden City, New York 11530
        (516) 877-1234

attorneys in this s action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                        _____
                                                          Jelena Brigida

Sworn to before me this
10th day of April, 2008

_____
     Notary

        REGINA CAJIGAS
  Notary Public, State of New York
       No. 01CA6032498
    Qualified in Kings County
Commission Expires November 1, 2009