UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW GOLDSTEIN,

             Plaintiff,

    - against -

METRO-NORTH COMMUTER RAILROAD,

             Defendant.
------------------------------------------------------------------X

**APPEARANCE**

08 CV 02773 (SHS)

      Please enter the appearance of the undersigned on behalf of defendant, Metro-North Commuter Railroad.

Dated: New York, New York
       May 9, 2008

                                Respectfully submitted,

                                LANDMAN CORSI BALLAINE & FORD P.C.

                                By: _____
                                Arjay G. Yao (AY 0506)
                                Attorneys for Defendant
                                METRO-NORTH COMMUTER RAILROAD
                                120 Broadway, 27th Floor
                                New York, New York 10271-0079
                                (212) 238-4800

TO:   LAW OFFICES OF MICHAEL FLYNN, PC
       Attorneys for Plaintiff
       1205 Franklin Avenue
       Garden City, New York 11530
       (516) 877-1234

459583.1 DocsNY

Index No. 08 CV 02773 (SHS)    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW GOLDSTEIN,

                Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

---

**LANDMAN CORSI BALLAINE & FORD P.C.**

*Attorneys for* METRO-NORTH COMMUTER RAILROAD

*Office and Post Office Address, Telephone*
**120 Broadway**
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

*Attorney(s) for*

Service of a copy of the within is hereby admitted.

Dated

                ..........................................

                *Attorney(s) for*

1500 — **Blumberg**Excelsior Inc., NYC 10013

---

**NOTICE OF ENTRY**

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,

          Yours, etc.
**LANDMAN CORSI BALLAINE & FORD P.C.**
*Attorneys for*

*Office and Post Office Address*
**120 Broadway**
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*

---

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at
on            M.
at
Dated,

          Yours, etc.
**LANDMAN CORSI BALLAINE & FORD P.C.**
*Attorneys for*

*Office and Post Office Address*
**120 Broadway**
NEW YORK, N.Y. 10271-0079

To

*Attorney(s) for*

---

**APPEARANCE**

Signature (Rule 130-1.1-a)

Print name beneath