UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ANDREW GOLDSTEIN,

              Plaintiff,

    - against -

METRO-NORTH COMMUTER RAILROAD,

              Defendant.
--------------------------------------------------------------------X

**APPEARANCE**

08 CV 02773 (SHS)

       Please enter the appearance of the undersigned on behalf of defendant, Metro-North

Commuter Railroad.

Dated: New York, New York
       May 9, 2008

                      Respectfully submitted,

                      LANDMAN CORSI BALLAINE & FORD P.C.

                      By: _____
                         Philip J. DiBerardino (PD9274)
                         Attorneys for Defendant
                         METRO-NORTH COMMUTER RAILROAD
                         120 Broadway, 27th Floor
                         New York, New York  10271-0079
                         (212) 238-4800

TO:    LAW OFFICES OF MICHAEL FLYNN, PC
        Attorneys for Plaintiff
        1205 Franklin Avenue
        Garden City, New York 11530
        (516) 877-1234

461810.1 DocsNY

Index No.    08 CV 02773 (SHS)    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW GOLDSTEIN,

Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

Defendant.

—————— NOTICE OF ENTRY ——————

PLEASE take notice that the within is a *(certified)*
true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*

*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

—————— NOTICE OF SETTLEMENT ——————

PLEASE take notice that an order

of which the within is a true copy will be presented
for settlement to the Hon.

one of the judges of the within named Court, at

on

at                           M.

Dated,

Yours, etc.

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*

*Office and Post Office Address*
120 Broadway
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

---

**APPEARANCE**

Print name beneath

Signature (Rule 130-1.1-a)

LANDMAN CORSI BALLAINE & FORD P.C.
*Attorneys for*    METRO-NORTH COMMUTER
RAILROAD
*Office and Post Office Address, Telephone*
120 Broadway
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

1500 – **Blumberg**Excelsior Inc., NYC 10013