```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANDREW GOLDSTEIN,                     :     08 Civ. 2773 (SHS)

                Plaintiff,              :

    -against-                         :     ORDER

METRO-NORTH COMMUTER RAILROAD,        :

                Defendant.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that there will be a pretrial conference on May 23, 2008, at 10:30 a.m.

Dated: New York, New York
       May 9, 2008

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.