USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| ANDREW GOLDSTEIN, | : | 08 Civ. 2773 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| METRO-NORTH COMMUTER RAILROAD, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is September 26, 2008;

2. There will be a pretrial conference on September 26, 2008 at 10 A.M.; and

3. If any disputes regarding fact discovery arise, the parties shall notify the Court, in writing, far enough in advance so that the dispute can be adjudicated and the discovery taken before the close of fact discovery.

Dated: New York, New York
May 23, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.